IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEAUNGELO SAVAGE                    *

       Plaintiff                            *

v.                                  *    Case No: 8:17-cv-02392-PWG

SHAWN CATHCART, et al.              *
                                    *

       Defendant                            *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER PRESENTING DEFENSES TO FIRST AMENDED COMPLAINT

Shawn Cathcart, Glenn Knott, and Rachel Roszell, Defendants, by KARPINSKI, COLARESI & KARP and DANIEL KARP, their attorneys, respond to the Amended Complaint as follows:

### RULE 12(b) DEFENSES

1.  All or some counts of the First Amended Complaint fail to state a claim upon which relief may be granted.

### ANSWER

2.  Paragraph 1 of the First Amended Complaint does not contain any allegations of fact which Defendants are required either to admit or to deny.

3.  Paragraph 2 of the First Amended Complaint does not contain any allegations of fact which Defendants are required either to admit or to deny.

4.  Paragraph 3 of the First Amended Complaint does not contain any allegations of fact which Defendants are required either to admit or to deny.

5.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the First Amended Complaint.

6.  Defendants admit the allegations contained in paragraph 5 of the First Amended Complaint.

7.  Defendants deny the allegations contained in paragraph 6 of the First Amended Complaint.

8.  Defendants deny, as stated, the allegations contained in paragraph 7 of the First Amended Complaint.

9.  Defendants deny the allegations contained in paragraph 8 of the First Amended Complaint.

10. Defendants deny the allegations contained in paragraph 9 of the First Amended Complaint.

11. Defendants deny the allegations contained in paragraph 10 of the First Amended Complaint.

12. Defendants deny the allegations contained in paragraph 11 of the First Amended Complaint.

13. Defendants deny the allegations contained in paragraph 12 of the First Amended Complaint.

14. Defendants deny the allegations contained in paragraph 13 of the First Amended Complaint.

15. In response to paragraph 14 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

16. Defendants deny the allegations contained in paragraph 15 of the First Amended Complaint.

17. Defendants deny the allegations contained in paragraph 16 of the First Amended Complaint.

18. Defendants deny the allegations contained in paragraph 17 of the First Amended Complaint.

19. In response to paragraph 18 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

20. Defendants deny the allegations contained in paragraph 19 of the First Amended Complaint.

21. Defendants deny the allegations contained in paragraph 20 of the First Amended Complaint.

22. Defendants deny the allegations contained in paragraph 21 of the First Amended Complaint.

23. Defendants deny the allegations contained in paragraph 22 of the First Amended Complaint.

24. In response to paragraph 23 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

25. Defendants deny the allegations contained in paragraph 24 of the First Amended Complaint.

26. Defendants deny the allegations contained in paragraph 25 of the First Amended Complaint.

27. Defendants deny the allegations contained in paragraph 26 of the First Amended Complaint.

28. Defendants deny the allegations contained in paragraph 27 of the First Amended Complaint.

29. In response to paragraph 28 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

30. Defendants deny the allegations contained in paragraph 29 of the First Amended Complaint.

31. Defendants deny the allegations contained in paragraph 30 of the First Amended Complaint.

32. Defendants deny the allegations contained in paragraph 31 of the First Amended Complaint.

33. In response to paragraph 32 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

34. Defendants deny the allegations contained in paragraph 33 of the First Amended Complaint.

35. Defendants deny the allegations contained in paragraph 34 of the First Amended Complaint.

36. Defendants deny the allegations contained in paragraph 35 of the First Amended Complaint.

37. Defendants deny the allegations contained in paragraph 36 of the First Amended Complaint.

38. Defendants deny the allegations contained in paragraph 37 of the First Amended Complaint.

39. Defendants deny the allegations contained in paragraph 38 of the First Amended Complaint.

40. In response to paragraph 39 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

41. Defendants deny the allegations contained in paragraph 40 of the First Amended Complaint.

42. Defendants deny the allegations contained in paragraph 41 of the First Amended Complaint.

43. Defendants deny the allegations contained in paragraph 42 of the First Amended Complaint.

44. In response to paragraph 43 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

45. Defendants deny the allegations contained in paragraph 8 of the First Amended Complaint.

46. Defendants deny the allegations contained in paragraph 44 of the First Amended Complaint.

47. Defendants deny the allegations contained in paragraph 45 of the First Amended Complaint.

48. Defendants deny the allegations contained in paragraph 46 of the First Amended Complaint.

49. Defendants deny the allegations contained in paragraph 47 of the First Amended Complaint.

50. Defendants deny the allegations contained in paragraph 48 of the First Amended Complaint.

51. In response to paragraph 49 of the First Amended Complaint, Defendants adopt and incorporate by reference their responses to the previous paragraphs.

52. Defendants deny the allegations contained in paragraph 51 of the First Amended Complaint.

53. Defendants deny the allegations contained in paragraph 52 of the First Amended Complaint.

54. Defendants deny the allegations contained in paragraph 53 of the First Amended Complaint.

55. Defendants deny the allegations contained in paragraph 54 of the First Amended Complaint.

56. Defendants deny the allegations contained in paragraph 55 of the First Amended Complaint.

## AFFIRMATIVE DEFENSES

57. Plaintiff assumed the risk.

58. Plaintiff consented.

59. Plaintiff's claims are barred by the applicable statutes of limitations.

60. Defendants' acts and/or omissions were justified and privileged.

61. Plaintiff's state law claims are barred by failure to provide proper notice of claim.

62. Defendants are immune from the liability and damages alleged.

63. The damages which can be awarded are limited by law.

KARPINSKI, COLARESI & KARP

BY: _____

DANIEL KARP, #00877
Suite 1850
120 E. Baltimore Street
Baltimore, Maryland  21202
(410) 727-5000
(410) 727-0861 (facsimile)
Brunokarp@bkcklaw.com

## CERTIFICATE OF SERVICE

I HEREBY certify that on this ____ day of August, 2018 a copy of the foregoing Answer Presenting Defenses was electronically filed, with notice to:

George Harper, Esquire
14744 Main Street, Suite 101
Upper Marlboro, Maryland 20772

_____
Of Counsel for Defendants