**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>PAUL W. GRIMM<br>UNITED STATES DISTRICT JUDGE | 6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0670<br>(301) 344-3910 FAX |

January 5, 2021

RE: Savage v. Cathcart
    PWG 17-cv-2392

**LETTER ORDER**

Dear Parties:

      Please be advised the Court has scheduled a telephone conference call on **January 8, 2021 at 12:30pm.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 011121**

      Although informal, this is an Order of the Court and shall be docketed as such.

                                                Sincerely,

                                                /S/
                                          Paul W. Grimm
                                          United States District Judge

ast