# CIVIL JURY TRIAL MINUTES

DATE: __May 25, 2021__          JUDGE: __Paul W. Grimm__

        9:33 am – 9:49 am
        11:07 am -12:17 am
        12:30 pm – 1:41pm
        3:23 pm -3:36 pm
        4:08 pm- 4:27 pm

TIME: __5:56 pm -6:05 pm (8/32)__          REPORTER/FTR/CTRM: __Renee Ewing-4C__

DAY OF TRIAL: __Day 2__          CRD: __Shante Smith__

CASE NO.: __PWG-17-2392__          INTERPRETER: _____

RELATED CASE NO.: _____

CASE NAME: __Savage v. Cathcart__

COUNSEL FOR GOV'T/ PLAINTIFF(S): __George A C Harper__

COUNSEL FOR DEFENDANT(S): __Kevin Bock Karpinski__

| | |
|---|---|
| ☐ Voir Dire Conducted | ☒ **Charge Conference** |
| ☐ Jury Impaneled | ☒ **Court's Instructions to Jury** |
| ☐ Jury Sworn | ☒ **Closing Arguments** |
| ☐ Jury Selection Only | ☒ **Court's Charge to the Jury** |
| ☒ **Rule on Witnesses** | ☒ **Bailiff @ 1:39 pm Sworn: CSO Warren Scarborough** |
| ☐ Opening Statements | ☐ Alternate Jurors Discharged at |
| ☐ Gov't/Plaintiff(s) Rests | ☒ **Cert re: Exhibits submitted to Jury** |
| ☐ Oral Motion for Judgment as a Matter of Law | Verdict |
| | ☐ In favor of Pltf(s) on Count(s): |
| ☐ Granted ☐ Denied ☐ Reserved | ☐ In favor of Dfdt(s) on Count(s): |
| ☐ Defendant(s) Rests | ☐ Polling of the Jury |
| ☐ Gov't/Plaintiff(s) Rebuttal Case | ☐ Jurors Discharged at |
| ☐ Renewed Oral Motion for Judgment as a Matter of Law | ☐ Stip. Re: Return of Exhibits |
| ☐ Granted ☐ Denied ☐ Reserved | |

**REMARKS:**
**Jury trial day 2, continued to May 26, 2021 at 9:30 am**

Gov't/ Plaintiff(s) Witness(es):          Defendant(s) Witness(es):

1) _____    1) _____
2) _____    2) _____
3) _____    3) _____
4) _____    4) _____
5) _____    5) _____
6) _____    6) _____
7) _____    7) _____