IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DEAUNGELO SAVAGE,** | * | |
| | * | |
| Plaintiff | * | CIVIL NO. PWG-17-2392 |
| | * | |
| v. | * | |
| | * | |
| **SHAWN CATHCART,** | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record in open court on May 26, 2021, it is hereby ORDERED:

1. As to Counts Seven and Eight of the Amended Complaint, ECF No. 24, the Court declared a MISTRIAL;

2. Plaintiff's motion to dismiss the state law causes of action (made on May 24, 2021, at the conclusion of the trial and before the jury was instructed), Counts One through Four, is GRANTED, *nunc pro tunc*;

3. Defendant's renewed Rule 50 motion as to Count Seven (§ 1983 claim for unlawful arrest) is GRANTED; and

4. By June 4, 2021, the parties shall submit a joint status report informing me whether they agree to this case being referred to a Magistrate Judge for settlement discussions on the lone remaining claim, Count Eight alleging excessive force under § 1983, or whether they would like me to schedule a telephone conference call to set a new trial date.

BY THE COURT:

_____/s/_____
Paul W. Grimm
United States District Judge