DEAUNGELO SAVAGE

vs.

SHAWN CATHCART

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 26 PM 4:39

CLERK'S OFFICE
AT GREENBELT

Civil No. PWG-17-2392

**Plaintiff's Trial Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | MAY 2 4 2021 | MAY 2 4 2021 | Savage | Medstar medical records |
| 2 | MAY 2 4 2021 | MAY 2 4 2021 | Savage | Two pictures: 2A and 2B |
| 3 | MAY 2 4 2021 | MAY 2 4 2021 | Savage | Charles County records |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |