# DEAUNGELO SAVAGE

## vs.

## SHAWN CATHCART

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 26  PM 4: 40

CLERK'S OFFICE
AT GREENBELT

**Civil No. PWG-17-2392**  **Defendant's Trial Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | MAY 2 4 2021 | MAY 2 4 2021 | Roszell | July 7, 2014 St. Mary's County Sheriff's Office Arrest Report (Deputy Rachael Roszell) |
| 2 | MAY 2 4 2021 | MAY 2 4 2021 | Roszell | July 7, 2014 St. Mary's County Incident Report (Deputy Rachael Roszell) |
| 3 | MAY 2 4 2021 | MAY 2 4 2021 | Knott | July 8, 2014 St. Mary's County Incident Report (Deputy Glenn Knott) |
| 4 | MAY 2 4 2021 | MAY 2 4 2021 | Savage | July 7, 2014 Supplement Report (Corporal Todd L. Fleenor) |
| 5 | MAY 2 4 2021 | MAY 2 4 2021 | Cathcart | July 7, 2014 St. Mary's County K-9 Use Report (Corporal Shawn Cathcart) |
| 6 | | | | July 7, 2014 Statement of Charges and Statement of Probable Cause (Deputy Rachael Roszell) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 7 | | | | Docket Entries for State v. Savage, Case No: 08-K-12-00421, Circuit Court for Charles County, relating to May 25, 2012 indictment for fourth degree burglary and second degree assault, subsequent guilty plea, and several violations of probation. (Impeachment and Damages) |
| 8 | | | | November 17, 2013 St. Mary's County Sheriff's Office Incident Report (violation of ex parte protective order as to Jasmine L. Kelly) (Impeachment and Damages) |
| 9 | MAY 2 4 2021 | | Savage | November 21, 2013 Application for Statement of Charges and Statement of Charges (Violation of ex parte protective order as to Jasmine L. Kelly) |
| 10 | | | | January 3, 2014 Arrest Warrant and January 20, 2014 Arrest Report (Violation of ex parte protective order as to Jasmine L. Kelly) (Impeachment and Damages) |

Exhibit List (Rev. 3/1999)

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 11 | MAY 2 4 2021 | | Savage | January 20, 2014 Arrest Warrant and Arrest Report and January 21 Application for Statement of Charges and Statement of Charges (Violation of *ex parte* protective order as to Jasmine L. Kelly) (Impeachment and Damages) |
| 12 | | | | Plaintiff's Answers to Interrogatories (Impeachment) |
| 13 | | | | MedStar St. Mary's Hospital Medical Records for Deaungelo Savage (Impeachment) |
| 14 | | | | Charles County Health Department Mental Health Center Records on Deaungelo Savage (Impeachment) |
| | | | | |

Exhibit List (Rev. 3/1999)