CASE NUMBER: PWG-17-2392
CASE NAME: DEUNGELO SAVAGE V. SHAWN CATHCART

① Was the statement regarding K2 evidence?

② Can have a copy of Jasmine's testimony from yesterday?

③ Is there a review that we can see of the K9? (not the use report)

JUROR NUMBER: 01

DATE: 5-25-2021
TIME: 2:57pm

For Court Use Only:
Recv'd by: SPR
DATE: 5/25/21
TIME: 3:09 pm
Court Exhibit #: 1

Jury Note (Rev. 2/2009)

CSO: D. Frazier 1509 hrs
DATE: 5-25-2021
Time: 2:57pm

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAY 26 PM 4:10
CLERK'S OFFICE
AT GREENBELT
BY ____ DEPUTY

**CASE NUMBER: PWG-17-2392**
**CASE NAME: DEUNGELO SAVAGE V. SHAWN CATHCART**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAY 26 PM 4:41
CLERK'S OFFICE
AT GREENBELT

- We are having a hard time reaching a decision regarding Jury Instruction No. 20 item #2
- We are split 4/4

JUROR NUMBER: 01

DATE: May 25, 2021
TIME: 3:50pm

For Court Use Only:
Recv'd by: SRS
Date: 5/25/21
Time: 3. 4:03
Court Exhibit #: 2

Jury Note (Rev. 2/2009)

DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAY 26 PM
CLERK'S OFFICE
AT GREENBELT

(2)

CSO: MICELI
Time: 3:53 PM
DATE: MAY 25TH, 2021

**CASE NUMBER: PWG-17-2392**
**CASE NAME: DEUNGELO SAVAGE V. SHAWN CATHCART**

We are unable to come to a unanimous ~~decision~~ decision

JUROR NUMBER: 01

DATE: 5-25-2021
TIME: 5:41 pm

For Court Use Only:
Recv'd by: SM
DATE: 5/25/21
TIME: 5:47
Court Exhibit #: 3

Jury Note (Rev. 2/2009)

③

DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAY 26 PM
CLERK
AT GREENBELT

CSO: _____
Time: 1743 HRS
Date: 05/25/2021