**CASE NUMBER: PWG-17-2392**
**CASE NAME: DEUNGELO SAVAGE V. SHAWN CATHCART**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAY 26 PM 4:42
CLERK'S OFFICE
AT GREENBELT

We are unable to reach a unanimous decision.

JUROR NUMBER: 01

DATE: 5-26-2021
TIME: 10:48am

For Court Use Only:
Recv'd by: SPS
DATE: 5/26/21  TIME: 10:57am
Court Exhibit #: 4

Jury Note (Rev. 2/2009)

④

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 26

CLERK'S OFFICE
AT GREENBELT

CSO: M DURNER
Time: 1051
Date: 5/26/21

**CASE NUMBER: PWG-17-2392**
**CASE NAME: DEUNGELO SAVAGE V. SHAWN CATHCART**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 MAY 26 PM 4:42
CLERK'S OFFICE
AT GREENBELT

We are unable to reach a unanimous decision

JUROR NUMBER: 01

DATE: 5-26-2021
TIME: 12:35p

For Court Use Only:
Recv'd by: SNY
Court Exhibit #: 5
DATE: 5/26/21
TIME: 12:41

Jury Note (Rev. 2/2009)

US DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 26 PM 4:1

CLERK'S OFFICE
AT GREENBELT

CSO: 10
Time: 1238
Date: 5/26/21