IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Deaungelo Savage** | | |
| Plaintiff | * | |
| vs. | * | Case No.: PWG-17-2392 |
| **Shawn Cathcart** | * | |
| Defendant | | |
| | * | |

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| ALL PLAINTIFF EXHIBITS ADMITTED IN TRIAL | ALL DEFENSE EXHIBITS ADMITTED IN TRIAL |
| All Plaintiff's/Government's exhibits returned: _____ | All Defendant's exhibits returned: _____ |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
X: _____
George Harper

Counsel for Defendant(s):
X: _____
Kevin Karpinski

Date: May 2**6**, 2021