# KARPINSKI, CORNBROOKS & KARP, P.A.
**ATTORNEYS AT LAW**
**120 East Baltimore Street, Suite 1850**
**Baltimore, Maryland 21202-1617**

DANIEL KARP *
KEVIN KARPINSKI *
E.I. CORNBROOKS, IV
MICHAEL B. RYND

SANDRA D. LEE **
J. MICHAEL COLLITON*
MATTHEW T. HEALY

----------------
**410-727-5000**
**Facsimile 410-727-0861**
Email: bkcklaw@aol.com
website: www.kcklegal.com

RICHARD T. COLARESI
RETIRED
-------

* Admitted in MD and DC
** Admitted in MD, NY and DC

June 4, 2020

via electronic filing
Honorable Paul W. Grimm
United States District Judge
United States District Court for
 The District of Maryland
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland  20770

     RE:    337-172
           Case No: 8:17-cv-02392-PWG
           *Deaungelo Savage v. Shawn Cathcart, et al.*

Dear Judge Grimm:

    Counsel for the parties have conferred and have determined that mediation would not be appropriate under the circumstances. Therefore, counsel are requesting the Court schedule a conference call to select a new trial date. Thank you for Your Honor's time and attention.

           Respectfully submitted,

           KARPINSKI, CORNBROOKS & KARP, P.A.

           /s/

           BY: Kevin Karpinski

KK:bjap

cc:    George Harper, Esquire